846 A.2d 592

IN THE MATTER OF LAWSON R. MCELROY, A JUDGE
OF THE TRENTON MUNICIPAL COURT.

April 26, 2004.

ORDER

The Advisory Committee on Judicial Conduct having filed a presentment recommending that **LAWSON R. McELROY**, a Judge of the Municipal Court of Trenton, be reprimanded for violations of Canons 1 (*A Judge Should Uphold the Integrity and Independence of the Judiciary*), 2A and 2B (*A Judge Should Avoid Impropriety and the Appearance of Impropriety in All Activities*) of the *Code of Judicial Conduct,* and *Rule* 2:15–8(a)(6)(engaging in conduct prejudicial to the administration of justice that brings the judicial office into disrepute);

And respondent, through counsel, having waived his right to a hearing before the Supreme Court and having consented to the imposition of the sanction recommended by the Advisory Committee on Judicial Conduct;

And good cause appearing;

It is ORDERED that the presentment of the Advisory Committee on Judicial Conduct is adopted and **LAWSON R. McELROY** is hereby reprimanded.